# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

KIRK GRAY                                                                             PLAINTIFF

v.                                          4:25-cv-00457-JM-JJV

FRANK BISIGNANO,
Commissioner of Social Security                                    DEFENDANT

## JUDGMENT

Pursuant to the Order filed in this matter on this date, it is Considered, Ordered and Adjudged that the decision of the Commissioner is affirmed, and Plaintiff's Complaint is dismissed with prejudice.

IT IS SO ORDERED this 2nd day of December, 2025.

_____
JAMES M. MOODY JR.
UNITED STATES DISTRICT JUDGE